1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6

7    JAMES LYNN O'HINES,

8                    Plaintiff,                    No. C 09-03474 PJH (PR)

9       vs.                                        **ORDER OF DISMISSAL**

10   BURT JARVIS,

11                  Defendant.

                                              /
12
     JAMES LYNN O'HINES,
13
                    Plaintiff,                    No. C 09-03475 PJH (PR)
14
        vs.                                        **ORDER OF DISMISSAL**
15
     CHAVEZ,
16
                    Defendants.
17                                            /

18   JAMES LYNN O'HINES,
                                                   No. C 09-3476 PJH (PR)
19                  Plaintiff,
                                                   **ORDER OF DISMISSAL**
20      vs.

21   FREELAND,

22                  Defendant.

                                              /
23

24        These pro se civil rights actions were filed a prisoner confined in Florence, Arizona.

25   On the day they were opened the court notified plaintiff he had neither paid the filing fee nor

26   submitted an application for leave to proceed in forma pauperis.  Copies of the court's form

27   for applications to proceed in forma pauperis were provided with the notice, along with

28   return envelopes.  Plaintiff was warned to pay the fees or file IFP applications within thirty

**United States District Court**
For the Northern District of California

1   days or the cases would be dismissed.

2       Plaintiff has not responded.  These cases therefore are **DISMISSED** without

3   prejudice.  The clerk shall close the files.

4       **IT IS SO ORDERED.**

5   Dated: October 1, 2009.                    _____

6                                              PHYLLIS J. HAMILTON
                                               United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   P:\PRO-SE\PJH\CR.09\O'HINES09-3475.DSM-IFP.wpd

**United States District Court**
For the Northern District of California